■ JOSEPH HAASE, Appellant, v CARL M. COLE, Erie County Public Administrator, as Administrator of the Estate of E. DE VER TUCKER, Deceased, Respondent. (Appeal No. 2.) [653 NYS2d 904] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Set Aside Verdict.) Present—Pine, J. P., Lawton, Fallon, Doerr and Balio, JJ.